UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY CARSON,

    Plaintiff,

-vs-

RESOLVE SOLUTION SERVICES
CORPORATION d/b/a RESOLVE,        CASE NO.:  8:13-CV-2884-T-27EAJ

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Timothy Carson, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Resolve Solution Services Corporation d/b/a Resolve, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 30th day of May 2014.

                                                  /s/ *William Peerce Howard*
                                                  William Peerce Howard, Esquire
                                                  Morgan & Morgan, P.A.
                                                  One Tampa City Center
                                                  201 N. Franklin St., 7th Floor
                                                  Tampa, FL 33602
                                                  Tele: (813) 223-5505
                                                  Fax:  (813) 223-5402
                                                  Florida Bar #: 0103330
                                                  Attorney for Plaintiff
                                                  bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of May, 2014, a copy of the foregoing was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

David J. Demers, Esquire
Cooke Demers LLC
Three N. High St.
P.O. Box 714
New Albany, Ohio 43054
ddemers@cdgattorneys.com

/s/ William Peerce Howard
Attorney for Plaintiff