UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY CARSON,

     **Plaintiff,**

**v.**                                                       Case No: 8:13-cv-2884-T-27EAJ

RESOLVE SOLUTION SERVICES
CORPORATION,

     **Defendant.**

_____/

## ORDER

The Court has been advised that this case has been settled (Dkt. 16). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 30ᵗʰ day of May, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record