UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY CARSON,

    Plaintiff,

v.                                      Case No: 8:13-cv-2884-T-27EAJ

RESOLVE SOLUTION SERVICES
CORPORATION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal (Dkt. 18). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 12th day of June, 2014.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record